UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT GUERRINA, | Case No. 3:20-cv-00132-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

On April 8, 2020, the Court entered an order directing Petitioner Robert Guerrina to pay the standard $5.00 filing fee within 30 days. (ECF No. 4.) To date, Petitioner has not paid the filing fee and the time for doing so has expired.

The Court will give Petitioner one more opportunity to comply with the April 2020 order. Petitioner must pay the $5.00 filing fee within 30 days of the date of this order. Failure to do so will result in the dismissal of his petition without prejudice and without further advance notice.

It is therefore ordered that the Clerk of Court will mail Petitioner Robert Guerrina a copy of the April 8, 2020, order (ECF No. 4).

It is further ordered that Petitioner must pay the $5.00 filing fee by June 22, 2020.

Petitioner's failure to pay the $5.00 filing fee by June 22, 2020, will result in the dismissal of the petition without prejudice and without further advance notice.

DATED THIS 22nd day of May 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE